UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| CHARLIE OEUR,<br><br>            Petitioner,<br><br>     v.<br><br>MICHAEL MARTELL, WARDEN,<br><br>            Respondent. | ) ED CV 08-0332-SJO (SH)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>) |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: December 8, 2008

/S/ S. James Otero

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE